**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JORGE A. BAR-LEVY,

                Plaintiff,　　　　　　　　　22 **CIVIL** 3408 (CS)

     -against-　　　　　　　　　　　　　　**JUDGMENT**

GEORGE MITCHELL,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 25, 2022, Defendants' motion is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        October 25, 2022

                                        **RUBY J. KRAJICK**

                                          **Clerk of Court**
           **BY:**　　　*K. Mango*
                                          **Deputy Clerk**